PEOPLE OF PORTO RICO, Plaintiff and Appellee, *v.* AURELIO BAUZÁ, Defendant and Appellant.

No. 2526.—Decided on reconsideration July 8, 1926

ADULTERATION OF MILK—JUDGMENT OF CONVICTION—SPECIFICATION OF OFFENSE.—
MODIFICATION ON APPEAL.—When the judgment does not specify the offense
of which the defendant was convicted, but the record shows the crime with
which he was charged, the judgment may be modified on appeal in the sense
that the defendant was convicted of that offense.

Motion for reconsideration. *Judgment modified and affirmed.*
*Domingo Sepúlveda* for the appellant. *José E. Figueras, Fiscal,*
for the appellee.

MR. JUSTICE ALDREY delivered the opinion of the court.

In the present case we considered the errors assigned by the appellant in support of a reversal and affirmed the judgment. *People* v. *Bauzá, ante,* page 319. Thereafter the appellant filed a motion for reconsideration of our judgment, wherein while not assailing the grounds on which it was based he alleges for the first time that the judgment of the district court was null and void because it found the defendant guilty of the offense as charged without specifying it, citing the cases of *People* v. *Campos,* 17 P.R.R. 1144; *People* v. *Fernández,* 19 P.R.R. 107; *People* v. *Seda, ante,* page 202; *People* v. *Trinidad,* June 15, 1925, and *People* v. *De Jesús, ante,* page 332.

It is true that the judgment appealed from is faulty in that it fails to specify the offense of which the defendant was found guilty, but as the record shows that he was charged with adulterating milk and was tried for that offense, we are in a position to and should correct the judgment of the trial court as was done in the case of *People* v. *Trinidad,* 24 P.R.R. 826, and *People* v. *Alvarez,* 21 P.R.R. 80. Therefore, we shall set aside our judgment of June 5, 1925, and substitute it by another modifying the judgment of the court below so as to specify that the defendant was found guilty of the offense of having adulterated cow's milk for sale. As so modified the judgment is affirmed.